Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
The Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*NV Property 1, LLC dba The Cosmopolitan of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA HALE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COSMOPOLITAN OF LAS VEGAS; NV PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Nevada Limited Liability Company; RICHARD SHERMAN, an individual,<br><br>    Defendants. | Case No. 19-CV-00780-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NV PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant") shall have a one-week extension in which to file its Reply in Support of Motion to Dismiss Plaintiff Tonya Hale's ("Plaintiff") Complaint, currently due on September 18, 2019. Defendant shall have up to and including Wednesday, September 25, 2019 to file its Reply. This stipulation is submitted and based upon the following:

1.    That this is the first request for an extension of time for Defendant to Reply in Support of its Motion to Dismiss Plaintiff's Complaint.

2. That such an extension is necessary because defense counsel requires additional time to prepare the Reply due to unexpected and unavoidable scheduling conflicts.

3. That this request is made in good faith and not for the purpose of delay.

Dated this 17th day of September, 2019.

| | |
|---|---|
| **LAW OFFICES OF MICHAEL P. BALABAN** | **JACKSON LEWIS P.C.** |
| */s/ Michael P. Balaban* <br> Michael P. Balaban, Bar No. 9370 <br> 10726 Del Rudini St <br> Las Vegas, NV 89141-4216 | */s/ Daniel I. Aquino* <br> Lisa A. McClane, Bar No. 10139 <br> Daniel I. Aquino, Bar No. 12682 <br> Bank of America Plaza <br> 300 S. Fourth St., Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Tonya Hale* | *Attorneys for Defendant* <br> *NV Property 1, LLC dba The Cosmopolitan* <br> *of Las Vegas* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to file its Reply in Support of Motion to Dismiss Plaintiff's Complaint is extended up to and including Wednesday, September 25, 2019.

Dated September 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

4844-1034-8198, v. 1