Lisa A. McClane, NV Bar No. 10139
Daniel I. Aquino, NV Bar No. 12682
**JACKSON LEWIS P.C.**
The Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TONYA HALE,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE COSMOPOLITAN OF LAS VEGAS;<br>NV PROPERTY 1, LLC dba THE<br>COSMOPOLITAN OF LAS VEGAS, a<br>Nevada Limited Liability Company;<br>RICHARD SHERMAN, an individual,<br><br>  Defendants. | Case No. 19-CV-00780-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**Eighth Request** |

IT IS HEREBY STIPULATED by and between Tonya Hale ("Plaintiff"), and Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("TCOLV") and (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file dispositive motions in this case, and agree as follows:

1. On November 15, 2019, this Court entered an Order granting the initial Stipulated Discovery Plan and Scheduling Order [ECF No. 31] and agreed to extend the initial deadlines on February 5, 2020 [ECF No. 35].

2. On April 2, 2020, this Court entered an Order granting the second request to extend the Discovery Plan and Scheduling Order [ECF No. 38], on June 24, 2020 this.

3. On June 24, 2020 this Court entered an Order granting the parties third request to extend the Discovery Plan and Scheduling Order [ECF No. 41] and on September 15, 2020 this

Court entered an Order granting the parties fourth request to extend the Discovery Plan and Scheduling Order [ECF No. 47].

4. On October 20, 2020, this Court entered an Order granting the parties fifth request to extend the Discovery Plan and Scheduling Order. [ECF No. 48]. Pursuant to the Court's order the deadline to file dispositive deadline is December 23, 2020.

5. On December 21, 2020, this Court entered an Order granting the parties sixth request to extend the dispositive motion deadline. [ECF No. 51]. Pursuant to the Court's order the deadline to file dispositive deadline is January 25, 2021.

6. On January 25, 2021, this Court entered an Order granting the parties seventh request to extend the dispositive motion deadline. [ECF No. 53]. Pursuant to the Court's order the deadline to file dispositive deadline is February 24, 2021

6. Defendant's counsel's office was closed for several weeks in December due to staff member testing positive for Covid.  Thereafter, Defendants' counsel began experiencing her own medical issues which significantly impacted her vision, which has only recently been fully restored.  Accordingly, the parties require an extension to file dispositive motion in this matter.  For the above stated reasons, the parties request that the dispositive motion deadline be extended thirty (30) days from to **February 24, 2021** to **March 26, 2021**.

7. Accordingly, the parties stipulate and agree to extend the dispositive motion deadline for thirty (30) days, up to and including **March 26, 2021**.

8. As set forth in ECF No. 53, upon the filing of a dispositive motion, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

///
///
///
///
///
///

9. A trial date has not yet been set in this matter, and no other deadlines are affected by this stipulation.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 17th day of February, 2021.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael P. Balaban*<br>Michael P. Balaban, NV Bar No. 9370<br>10726 Del Rudini St<br>Las Vegas, NV 89141-4216<br><br>*Attorney for Plaintiff Tonya Hale* | */s/ Lisa A. McClane*<br>Lisa A. McClane, NV Bar No. 10139<br>Daniel I. Aquino, NV Bar No. 12682<br>Bank of America Plaza<br>300 S. Fourth St., Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas* |

**ORDER**

IT IS SO ORDERED  February 17 , 2021.

[signature]

U.S. Magistrate Judge

4815-2681-5965, v. 1