Lisa A. McClane, NV Bar No. 10139
Daniel I. Aquino, NV Bar No. 12682
**JACKSON LEWIS P.C.**
The Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA HALE,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE COSMOPOLITAN OF LAS VEGAS;<br>NV PROPERTY 1, LLC dba THE<br>COSMOPOLITAN OF LAS VEGAS, a<br>Nevada Limited Liability Company;<br>RICHARD SHERMAN, an individual,<br><br>          Defendants. | Case No. 19-CV-00780-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND<br>DISPOSITIVE MOTION DEADLINE**<br><br><br>**Ninth Request** |

IT IS HEREBY STIPULATED by and between Tonya Hale ("Plaintiff"), and Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("TCOLV") and (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file dispositive motions in this case, and agree as follows:

1.      On November 15, 2019, this Court entered an Order granting the initial Stipulated Discovery Plan and Scheduling Order [ECF No. 31] and agreed to extend the initial deadlines on February 5, 2020 [ECF No. 35].

2.      On April 2, 2020, this Court entered an Order granting the second request to extend the Discovery Plan and Scheduling Order [ECF No. 38], on June 24, 2020 this.

3.      On June 24, 2020 this Court entered an Order granting the parties third request to extend the Discovery Plan and Scheduling Order [ECF No. 41] and on September 15, 2020 this

1  Court entered an Order granting the parties fourth request to extend the Discovery Plan and

2  Scheduling Order [ECF No. 47].

3        4.      On October 20, 2020, this Court entered an Order granting the parties fifth request

4  to extend the Discovery Plan and Scheduling Order.  [ECF No. 48].  Pursuant to the Court's order

5  the deadline to file dispositive deadline is December 23, 2020.

6        5.      On December 21, 2020, this Court entered an Order granting the parties sixth request

7  to extend the dispositive motion deadline.  [ECF No. 51].  Pursuant to the Court's order the deadline

8  to file dispositive deadline is January 25, 2021.

9        6.      On January 25, 2021, this Court entered an Order granting the parties seventh

10  request to extend the dispositive motion deadline.  [ECF No. 53].  Pursuant to the Court's order the

11  deadline to file dispositive deadline is February 24, 2021.

12        7.      On February 17, 2021, this Court entered an Order granting the parties an eighth

13  request to extend the dispositive motion deadline.  [ECF No. 55].  Pursuant to the Court's order,

14  the deadline to file dispositive motion is March 26, 2021.

15        8.      Complications relating to Covid exposure, counsel's medical issues, and scheduling

16  conflicts have necessitated the extension.  Accordingly, the parties request that the dispositive

17  motion deadline be extended fifteen (15) days from to **March 26, 2021** to **April 12, 2021**.

18        9.      Accordingly, the parties stipulate and agree to extend the dispositive motion

19  deadline for fifteen (15) days, up to and including **April 12, 2021**.

20       10.      As set forth in ECF No. 55, upon the filing of a dispositive motion, the date for filing

21  the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or

22  until further order of the court.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      11.    A trial date has not yet been set in this matter, and no other deadlines are affected

2  by this stipulation.

3      This stipulation and order is sought in good faith and not for the purpose of delay.

4      Dated this 24th day of March, 2021.

5  LAW OFFICES OF MICHAEL P. BALABAN    JACKSON LEWIS P.C.

6

7  */s/      Michael P. Balaban*         */s/ Lisa A. McClane*
    Michael P. Balaban, NV Bar No. 9370    Lisa A. McClane, NV Bar No. 10139

8  10726 Del Rudini St            Daniel I. Aquino, NV Bar No. 12682
    Las Vegas, NV 89141-4216        Bank of America Plaza
                              300 S. Fourth St., Ste. 900

9  *Attorney for Plaintiff Tonya Hale*     Las Vegas, Nevada 89101

10                           *Attorneys for Defendant Nevada Property 1*
11                           *LLC dba The Cosmopolitan of Las Vegas*

12

13                       **ORDER**

14      IT IS SO ORDERED _____March 25_____, 2021.

15

16                           _____
                            U.S. Magistrate Judge

17

18  4825-9357-1810, v. 1

19

20

21

22

23

24

25

26

27

28