```
 1  Michael P. Balaban   State Bar No. 9370
    LAW OFFICES OF MICHAEL P. BALABAN
 2  10726 Del Rudini Street
    Las Vegas, NV  89141
 3  (702)586-2964
    Fax: (702)586-3023
 4  E-Mail: mbalaban@balaban-law.com

 5  Attorney for Plaintiff

 6

 7

 8                       UNITED STATES DISTRICT COURT

 9                            DISTRICT OF NEVADA

10
```

| | |
|---|---|
| TONYA HALE, | CASE NO. 2:19-cv-00780-JCM-VCF |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 6-1; LR 6-2] |
| vs. | (First Request) |
| THE COSMOPOLITAN OF LAS VEGAS; NV PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Nevada Limited Liability Company; RICHARD SHERMAN, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff's response to Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas' motion for summary judgment filed on April 12, 2021, for which the opposition is currently due on May 3, 2021, will be continued to June 3, 2021.  This is the first request to continue the due date for Plaintiff's response.

///

1

Said continuance is being requested in order to provide Plaintiff adequate time to respond to a complex dispositive motion. Delays were previously experienced due to Covid-related shutdowns, health/medical issues of counsel and various witnesses, some of whom were located out of state. The parties have been working as diligently as possible under the circumstances. Discovery has now closed. Plaintiff's counsel, a solo practitioner, needs additional time to respond to the dispositive motion while also balancing obligations in other matters. Defendant does not object to the requested extension. The parties assure the Court this request is not being made for the purpose of delay.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS, P.C. |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Lisa A. McClane, Esq. |
| Michael P. Balaban, Esq. | Lisa A. McClane, Esq. |
| 10726 Del Rudini Street | 300 South Fourth Street, Suite 900 |
| Las Vegas, NV 89141 | Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: April 28, 2021 | Dated: April 28, 2021 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2021