Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONYA HALE,

          Plaintiff,

  vs.

THE COSMOPOLITAN OF LAS VEGAS;
NV PROPERTY 1, LLC dba THE
COSMOPOLITAN OF LAS VEGAS, a
Nevada Limited Liability Company;
RICHARD SHERMAN, an individual,

          Defendants.

CASE NO. 2:19-cv-00780-JCM-VCF

STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 6-1; LR 6-2]

(Second Request)

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff's response to Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas' motion for summary judgment filed on April 12, 2021, for which the opposition is currently due on June 3, 2021, will be continued to June 28, 2021.  This is the second request to continue the due date for Plaintiff's response.

///

1

Said continuance is being requested in order to provide Plaintiff adequate time to respond to a complex dispositive motion. Delays were previously experienced due to Covid-related shutdowns, health/medical issues of counsel and various witnesses, some of whom were located out of state. The parties have been working as diligently as possible under the circumstances. Discovery has now closed. Plaintiff's counsel, a solo practitioner, needs additional time to respond to the dispositive motion while also balancing obligations in other matters.

In addition, Plaintiff's counsel was confident that he was going to able to meet the current June 3rd deadline to get the response filed but he had to go into surgery to get a kidney stone removed on May 22, 2021 and did not anticipate that there would be a recovery period that has made it impossible to get the response filed in adequate form by the current deadline. Also Plaintiff's counsel will be out of town for much of the time from June 5, 2021 until June 21, 2021.

Defendant does not object to the requested extension. The parties assure the Court this request is not being made for the purpose of delay.

| LAW OFFICES OF MICHAEL P. BALABAN | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Lisa A. McClane, Esq. |
| Michael P. Balaban, Esq. | Lisa A. McClane, Esq. |
| 10726 Del Rudini Street | 300 South Fourth Street, Suite 1500 |
| Las Vegas, NV 89141 | Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: June 1, 2021 | Dated: June 1, 2021 |

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021