1  FISHER & PHILLIPS LLP
   LISA A. MCCLANE, ESQ.
2  Nevada Bar No.10139
3  300 South Fourth Street
   Suite 1500
4  Las Vegas, NV 89101
   Telephone: (702) 252-3131
5  Facsimile: (702) 252-7411
   E-Mail Address: lmcclane@fisherphillips.com
6  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONYA HALE, <br><br> Plaintiff, <br><br> vs. <br><br> THE COSMPOPLITAN OF LAS VEGAS; NV PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Nevada Limited Liability Company; RICHARD SHERMAN, an individual, <br><br> Defendants. | Case No.: 2:19-cv-00780-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Defendant's Reply in Support of its Motion for Summary Judgment ("Reply"), which is currently due on July12, 2021, will be continued to July 28, 2021. This is the first request to continue the due date for Defendant's Reply.

Said continuance is being requested in order to provide Defendant adequate time to respond to Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 64). Undersigned counsel is court appointed pro bono counsel with the Children's Attorney Project for children in foster care. One of her clients who is a ward of the State of Nevada

is currently experiencing critical health and placement issues and has been admitted to the hospital multiple times in recent weeks for acute treatment. As counsel for the minor child, the undersigned has to attend multiple meetings with medical providers, therapists, and caseworkers and is in the process of preparing for an evidentiary hearing which is scheduled for July 8, 2021 in family court. These life and death matters have taken priority. Accordingly, the undersigned respectfully requests an extension up to and including July 28, 2021 to prepare a reply in support of Defendant's Motion for Summary Judgment.

Plaintiff does not object to the requested extension. The parties assure the Court this request is not being made for the purpose of delay.

Dated this 7th day of July, 2021.

| LAW OFFICES OF MICHAEL P. BALABAN | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Lisa A. McClane, Esq. |
| Michael P. Balaban, Esq. | Lisa A. McClane, Esq. |
| 10726 Del Rudini Street | 300 South Fourth Street, Suite 1500 |
| Las Vegas, NV 89141 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

July 9, 2021
_____
DATED

- 2 -

FP 40983262.1