AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tonya Hale,

           Plaintiff,

V.

NV Property 1, LLC, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00780-JCM-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendants NV Property 1, LLC and Cosmopolitan of Las Vegas, and against Plaintiff Tonya Hale.
This matter is now closed.

7/26/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk